NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTEGRATED ADVERTISING LABS, LLC,**
*Plaintiff-Appellant*

**v.**

**REVCONTENT, LLC,**
*Defendant-Appellee*

---

2023-1392

---

Appeal from the United States District Court for the Middle District of Florida in No. 8:22-cv-00487-KKM-CPT, Judge Kathryn Kimball Mizelle.

---

## JUDGMENT

---

JUSTIN KIMBLE, Nelson Bumgardner Conroy PC, Dallas, TX, argued for plaintiff-appellant. Also represented by EDWARD R. NELSON, III, Fort Worth, TX.

KRISHNAN PADMANABHAN, Winston & Strawn LLP, New York, NY, argued for defendant-appellee. Also represented by CHRISTOPHER THOMAS GRESALFI; EDWARD A. DAY, Chicago, IL; BRIAN E. FERGUSON, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 8, 2024
Date

Jarrett B. Perlow
Clerk of Court